UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SCOTT PUFAHL, | ) |
| Plaintiff, | ) |
| v. | ) No. 1-14-0121 |
| | ) Senior Judge Haynes |
| TOMMY GREY, et al., | ) |
| Defendants. | ) |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 78) to grant Defendants' motion for summary judgment (Docket Entry No. 74). Plaintiff filed an objection (Docket Entry No. 81).

The Magistrate Judge noted that because Plaintiff did not file a response to Defendants' statement of undisputed facts, Defendants' proffered statements of fact are undisputed for purposes of summary judgment. Local Rule 56.01(g). The Magistrate Judge concluded that based upon the undisputed facts Plaintiff failed to show that Defendant guards knew a brief delay in providing Plaintiff's medication would cause a panic attack or seizures and result in harm to Plaintiff. The Magistrate Judge also concluded that because Plaintiff failed to allege that a Maury County policy led to the alleged constitutional violation Plaintiff's claims against Defendants in their official capacities should be dismissed.

In his objection, Plaintiff asserts that Defendants "had passed out the medication several times in the past" and although "they did not have to know exactly what the medication was for, they had only to know it was ordered by the doctor." (Docket Entry No. 81 at ¶ 4). Plaintiff concedes that Defendants "probably [did] not" know "what the exact results of their refusal [would] be," but

"the[y] did in fact know he needed the medication or it would [not] have been prescribed." Id. at ¶¶ 9-10.

Accordingly, having considered Plaintiff's objection and conducted a de novo review of the Magistrate Judge's Report and Recommendation, the Report and Recommendation (Docket Entry No. 78) is **ADOPTED**, and Defendants' motion for summary judgment (Docket Entry No. 74) is **GRANTED.** This action is **DISMISSED with prejudice.** Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the 17th day of February, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge